1002

[No. 40018-5-I. Division One. November 9, 1998.]

*In the Matter of the Marriage of* ANN SMITH MCCAW, *Respondent*, and J. MCCAW, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-07522-4, Deborah Fleck, J., entered December 12, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Becker, J.

[No. 41290-6-I. Division One. November 9, 1998.]

DUNCAN A. BONJORNI, *Individually and as Judge of the Municipal Court for the City of Auburn, Appellant*, v. THE CITY OF AUBURN, ET AL., *Respondents*.

THE STATE OF WASHINGTON, *on the Relation of Duncan A. Bonjorni, as Judge of the Municipal Court for the City of Auburn, Appellant*, v. JAMES CAYCE, *as Judge of the Municipal Court for the City of Auburn*, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 96-2-02379-5, R. Joseph Wesley, J., entered March 4, 1997. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 41300-7-I. Division One. November 9, 1998.]

SNOHOMISH COUNTY, *Plaintiff*, DAVID SMITH, *Appellant*, v. JOHN POSTEMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-05055-4, Lester Stewart, J. Pro Tem., entered May 14, 1996. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ. Now published at 95 Wn. App. 817.